**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1

2

3

4                       UNITED STATES  DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    MEIQING LIU

8                    Plaintiff(s),               No. C 09-04032 SBA (MEJ)
          v.
9                                                **NOTICE OF REFERENCE FOR**
     EXPERIAN INFORMATION SOLUTIONS,             **PURPOSES OF DISCOVERY**
10   INC.

11                    Defendant(s).
     _____/
12

13   TO ALL PARTIES AND COUNSEL OF RECORD:

14         The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes

15   of discovery.  Please be advised that if a specific motion was filed before the district court prior to

16   this referral, the noticed date will no longer be in effect.  Rather, the parties shall comply with Judge

17   James' Standing Order Regarding Discovery and Dispute Procedures, a copy of which may be

18   obtained from the Northern District of California's website at http://www.cand.uscourts.gov/From

19   the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

20         Counsel are advised that in regard to any pending discovery disputes, they must comply with

21   Judge James' standing order and meet and confer in person.  If the parties are unable to resolve their

22   dispute after the meet and confer session, they shall file a joint meet and confer letter.  A separate

23   letter should be filed for each category of discovery and/or issue in dispute.  Upon careful review of

24   the parties' letter, the Court will either order further briefing, oral argument, or deem the matter

25   submitted on the papers.  Accordingly, any pending discovery motions are hereby DENIED

26   WITHOUT PREJUDICE to the filing of a joint letter.

27         Further, when filing papers that require the Court to take any action (e.g. motions, meet and

28   confer letters, administrative requests), the parties shall, in addition to filing papers electronically,

1   lodge with chambers a printed copy of the papers by noon of the next court day following the day

2   the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall

3   be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case

4   number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with

5   the Clerk's Office that has already been filed electronically.

6        Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

7   questions.

8        **IT IS SO ORDERED**

9

10   Dated: January 26, 2010

                                        _____

11                                           Maria-Elena James
                                        Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**