UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MEIQING LIU,<br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>          Defendants.<br>_____/ | No. C 09-4032 SBA<br><br>**ORDER GRANTING REQUEST TO EXCUSE DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE REPRESENTATIVE ABRIL TURNER FROM PERSONALLY ATTENDING THE MEDIATION SESSION**<br><br>Date:        May 7, 2010<br>Mediator:   Jessica Notini |

IT IS HEREBY ORDERED that the request for defendant Experian Information Solutions, Inc.'s (Experian) corporate representative, Abril Turner, to be excused from personally attending the May 7, 2010, mediation session before Jessica Notini is GRANTED.  Ms. Turner shall be available to participate in the mediation session by telephone at all times pursuant to ADR L.R. 6-10(f).

The Court further notes that defendant Experian's request was improperly filed, rather than being submitted directly to the ADR Magistrate Judge, and does not make an adequate showing of an extraordinary or otherwise unjustifiable hardship, as required by ADR L.R. 6-10(d). Nonetheless, in this instance the request is being granted due to the proximity of the mediation session and the lack of objections.

Counsel for defendant Experian is ADMONISHED that, in the future, all requests pursuant to

ADR L.R. 6-10(d) shall be timely submitted in strict compliance with the provisions of the ADR Local Rules.

IT IS SO ORDERED.

| April 30, 2010 | By: | *Elizabeth D. Laporte* |
|---|---|---|
| Dated | | Elizabeth D. Laporte<br>United States Magistrate Judge |