1  Eric J. Hardeman (State Bar No. 253489)
   JONES DAY
2  3161 Michelson Drive, Suite 800
   Irvine, CA  92612
3  Telephone:    (949) 851-3939
   Facsimile:    (949) 553-7539
4  ejhardeman@jonesday.com

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | **MEIQING LIU,** | ) |
   | | ) Case No.: CV 09 04032-SBA
12 | **Plaintiff,** | )
   | | )
13 | vs. | ) **[ORDER GRANTING STIPULATION**
   | | ) **FOR DISMISSAL WITH PREJUDICE**
14 | **EXPERIAN INFORMATION** | )
   | **SOLUTIONS, INC.,** | )
15 | | )
   | **Defendant**. | )
16 | | )
   | | )
17 | | )
   | | )
18 | | )

19     Having considered the Stipulation for Dismissal With Prejudice between Plaintiff

20  MeiQing Liu. ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), and

21  good cause appearing, it is hereby ORDERED that all of Plaintiff's claims against Experian in

22  this action are dismissed with prejudice, with each party to bear its own costs.

23

24
    Dated: 6/8/10                              _____
25                                             Honorable Saundra B. Armstrong

26

27

28
    IRI-7620v1                                 [PROPOSED] ORDER GRANTING STIPULATION
                                                    FOR DISMISSAL WITH PREJUDICE
                                                           CV-09-04032-SBA